IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. AND OBERT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CURRENT LIGHTING SOLUTIONS, LLC D/B/A GE CURRENT, <br><br> *Defendant*. | Case No. 6:22-cv-00534-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT CASE READINESS STATUS REPORT

Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. ("Super Lighting") and Obert, Inc. ("Obert") (collectively "Plaintiffs"), and Defendant Current Lighting Solutions, LLC d/b/a GE Current ("Defendant"), hereby provide the following status report.

### SCHEDULE

A scheduling order has not yet been filed. The current due date for the parties to file a joint proposed scheduling order is November 9, 2022.

### FILING AND EXTENSIONS

Plaintiffs' Complaint was filed on May 24, 2022.

Defendant requested an extension of time by 45 days (Dkt No. 10) and another extension of time by another 30 days (Dkt. No. 11) to respond to the Complaint by September 19, 2022.

Plaintiffs' First Amended Complaint was filed on September 16, 2022. Defendant's Answer to the First Amended Complaint was due September 30, 2022.

1

## RESPONSE TO THE COMPLAINT

On October 5, 2022, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) (Dkt No. 15), without filing an Answer to the First Amended Complaint. Plaintiffs' response to the Motion to Dismiss is due October 19, 2022.

## PENDING MOTIONS

On October 5, 2022, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) (Dkt No. 15). Plaintiffs' response to the Motion to Dismiss is due October 19, 2022.

## RELATED CASES IN THIS JUDICIAL DISTRICT

*Jiaxing Super Lighting Electric Appliance Co., Ltd. et al. v. CH Lighting Technology Co., Ltd. et al*. (WDTX-6-20-cv-00018) is related to this action. Three of the asserted patents in this action—U.S. Patent Nos. 9,939,140, 10,295,125, and 10,560,989—were also asserted in that action; of these, U.S. Patent Nos. 9,939,140 and 10,295,125 were found valid and willfully infringed by the jury in that matter.

## IPR, CBM AND OTHER PGR FILINGS

There are no co-pendingIPR, CBM, or other PTAB PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted eleven (11) patents. The asserted patents are U.S. Patent Nos. 9,939,140; 10,295,125; 11,112,068; 9,841,174; 9,723,662; 9,945,520; 10,487,991; 10,560,989; 10,830,397; 10,897,801; and 11,441,742. Plaintiffs' Preliminary Infringement Contentions, which will confirm the number of asserted claims, are due October 19, 2022.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe a technical adviser is necessary, but defer to the Court on whether

it prefers to have a technical adviser on this case.

## **MEET AND CONFER STATUS**

Plaintiffs and Defendant have met and conferred and are further scheduled to meet and confer by October 26, 2022. Other than the pending Motion to Dismiss, the parties have no pre-Markman issues to raise at the CMC.

| | |
|---|---|
| Dated: October 12, 2022 | Respectfully submitted, |
| **PERKINS COIE LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| */s/ Matthew C. Bernstein* | */s/ Catherine Garza* |
| Matthew C. Bernstein | Arthur P. Licygiewicz |
| (CA Bar No. 199240) | State Bar No. 24128778 |
| mbernstein@perkinscoie.com | Art.licygiewicz@nortonrosefulbright.com |
| Joseph P. Reid | Norton Rose Fulbright US LLP |
| (CA Bar No. 211082) | 2200 Ross Avenue, Suite 3600 |
| jreid@perkinscoie.com | Dallas, TX 75201 |
| Miguel J. Bombach | Tel: 214-855-8000 |
| (CA Bar No. 274287) | Fax: 214-855-8200 |
| mbombach@perkinscoie.com | |
| Evan S. Day (*Pro Hac Vice Pending*) | Catherine Garza |
| eday@perkinscoie.com | State Bar No. 24073318 |
| Wei Yuan (*Pro Hac Vice Pending*) | Gabriel Culver |
| wyuan@perkinscoie.com | State Bar No. 24116240 |
| Helen Zhang (*Pro Hac Vice Pending*) | Norton Rose Fulbright US LLP |
| hzhang@perkinscoie.com | 98 San Jacinto Blvd., Suite 1100 |
| 11452 El Camino Real, Suite 300 | Austin, TX 78701 |
| San Diego, CA 92130-2080 | Tel: 512-536-3114 |
| Tel. (858) 720.5700 | cat.garza@nortonrosefulbright.com |
| Fax (858) 720.5799 | gabriel.culver@nortonrosefulbright.com |
| *Attorneys For Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd. and Obert, Inc* | *Attorneys for Current Lighting Solutions, LLC* |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on October 12, 2022.

/s/ *Matthew C. Bernstein*
Matthew C. Bernstein