IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD. et al, <br> *Plaintiff,* <br><br> v. <br><br> CURRENT LIGHTING SOLUTIONS, LLC, <br> *Defendant.* | § § § § § § § § § § § | 6:22-CV-00534-ADA-DTG |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dereck T. Gilliland. ECF No. 86. The Report recommends that this Court deny Defendant Current Lighting Solution, LLC's Motion to Transfer Case (ECF No. 21). Plaintiff filed a Response on February 10, 2023 (ECF No. 43), Defendant filed a Reply on February 17, 2023 (ECF No. 48), and Plaintiff filed a Sur-Reply on March 1, 2023 (ECF No. 59). Judge Gilliland held a hearing on the Motion to Transfer and orally ruled on April 20, 2023. Defendant filed objections to the Magistrate Judges oral ruling on May 4, 2023. The Report and Recommendation was filed on July 7, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on July 12, 2023. ECF No. 89. Plaintiff has not yet filed a response. The Court has conducted a *de novo* review of the motion to transfer, the responses, the hearing transcript, the objections to the oral ruling, the report and recommendation, the objections and responses to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 86, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Transfer (ECF No. 21) is **DENIED** in accordance with the Report and Recommendation.

**SIGNED** this 13th day of July, 2023.

_____
**ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE**